NJID 825744
PHELAN HALLINAN DIAMOND & JONES, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE:<br>    MICHAEL D. PANTE | : CHAPTER 7<br>: CASE NO. 19-20339-KCF |
| Debtor | : **NOTICE OF MOTION FOR**<br>: **RELIEF FROM**<br>: **STAY** |
| MICHAEL D. PANTE<br>800 ROUTE 579<br>FLEMINGTON, NJ 08822 | KYDALA, ANDRE L., Esquire<br>12 LOWER CENTER STREET<br>P.O. BOX 5537<br>CLINTON, NJ 08809 |
| | U.S. TRUSTEE<br>US DEPT OF JUSTICE<br>OFFICE OF THE US TRUSTEE<br>ONE NEWARK CENTER STE 2100<br>NEWARK, NJ 07102 |
| JESSICA PANTE<br>800 ROUTE 579<br>FLEMINGTON, NJ 08822 | DANIEL E. STRAFFI, Trustee<br>670 COMMONS WAY<br>TOMS RIVER, NJ 08755 |

**NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**

    WELLS FARGO BANK, N.A. (hereinafter 'Movant') has filed papers with the Court to have an Order entered granting it relief from the automatic stay against the property commonly known as 800 ROUTE 579, FLEMINGTON, NJ 08822.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).

If you do not want the Court to grant Movant relief from the automatic stay and co-debtor stay regarding the above real property, or if you want the Court to consider your views on the Motion, then on or before July 16, 2019 you or your attorney must:

File with the Court a written response to Movant's Motion explaining your position. Your response must be filed with the Bankruptcy Clerk of the United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102
U.S. Trustee

DANIEL E. STRAFFI, Trustee
670 COMMONS WAY
TOMS RIVER, NJ 08755
Chapter 7 Trustee

If you are opposing the Order Movant is seeking from the Court, you must attend the hearing scheduled to be held on July 23, 2019 at 10:00 a.m. at the United States Bankruptcy Courthouse, U.S. BANKRUPTCY COURT, 402 E. STATE STREET, TRENTON,, NJ, before the Honorable KATHRYN C. FERGUSON, presiding.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Dated: June 10, 2019

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com